U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 5 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JERMAINE SURTAIN,<br>Petitioner | CIVIL ACTION NO. 1:16-CV-663;<br>SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| J.A. BARNHART,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus filed under § 2241 is hereby **DENIED** and **DISMISSED**. Since this Court was not the sentencing court, it does not have jurisdiction to treat Plaintiff's petition as a § 2255 motion. Thus, to the extent that the Petition could be construed as a § 2255 motion, it should be **DISMISSED FOR LACK OF JURISDICTION**.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 25th day of July, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE